

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00016-CV

———————————————————

ROY ORR LIMITED PARTNERSHIP, Appellant

V.

2021 MEACHAM AND 35W, LLC AS ASSIGNEE OF TARRANT TIERRA
PARTNERS, LTD., Appellee

---

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-329487-21

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Withdraw Notice of Appeal and Termination of Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 16, 2023